# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA A. SAFRONSKY, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | NO. 16-4002 |
| NANCY A. BERRYHILL, : | |
| **Acting Commissioner of Social Security** : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 7th day of January, 2019, upon consideration of Plaintiff's Request for Review (Doc. No. 10), Defendant's Response (Doc. No. 13), Plaintiff's Reply (Doc. No. 14), the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Doc. No. 18), Plaintiff's Objections (Doc. No. 19), and Defendant's Response to the Objections (Doc. No. 20), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. Plaintiff's Request for Review is **DENIED**; and

3. **JUDGMENT IS ENTERED** in favor of Defendant.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG,        J.**